**CITIBANK (SOUTH DAKOTA), N.A., Plaintiff—Appellee,**

v.

**Joan SCHUMACHER, Defendant— Appellant.**

**No. 05–35012.**

**D.C. No. CV–04–02109–MJP.**

United States Court of Appeals, Ninth Circuit.

Submitted Dec. 5, 2005.*

Decided Dec. 16, 2005.

William George Suttell, Esq., Suttell & Associates, Mercer Island, WA, for Plaintiff–Appellee.

Joan Schumacher, Snohomish, WA, pro se.

Before GOODWIN, W. FLETCHER, and FISHER, Circuit Judges.

MEMORANDUM **

Joan Schumacher appeals pro se the district court's order remanding this action to state court. We lack jurisdiction to review the district court's remand order. *See United Investors Life Ins. Co. v. Waddell & Reed, Inc.,* 360 F.3d 960, 963 (9th Cir.2004) (under 28 U.S.C. § 1447(b) courts of appeals lack jurisdiction to review remand orders based on jurisdiction). Accordingly, we dismiss the appeal.

DISMISSED.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.